**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 23, 2026

Application Granted in part. The Government's response shall be filed by **December 1, 2026**. Defendant's reply shall be filed by **December 4, 2026**. The status conference currently scheduled for December 1, 2026, is adjourned to **December 15, 2026, at 10:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 23.

Dated: November 24, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF AND EMAIL**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Reginald Hawkins*, 26 Cr. 333 (LGS)**

Dear Judge Schofield:

The Government respectfully requests a two-week extension of time to respond to the defendant's motions to suppress and dismiss Counts Four and Five of the Indictment in the above-captioned matter, filed on November 6, 2026. (Dkt. 22). On October 29, 2026, the Court set a deadline of November 20, 2026, for the Government to respond to the defendant's motion. The undersigned counsel for the Government was appearing for trial in another matter in this District between November 9, 2026, and November 18, 2026 and inadvertently missed the deadline to respond. Accordingly, the Government respectfully requests leave to file its response on or before December 4, 2026. The Government also requests that the Court extend the defendant's time to file a reply by two weeks (until December 16, 2026). Defense counsel consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ____________________
Dana McCann
Assistant United States Attorney
(212) 637-2308

cc: All counsel of record (via ECF)